## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 617 EAL 2014
:
              Respondent       :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v.             :
:
:
:
MARVIN PRICE,          :
:
            Petitioner       :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.